UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60330-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BARRY JOHNSON,

        Defendant.
_____/

## ORDER

This matter is before the Court upon Defendant Barry Johnson's Motion for Compliance with Subpoena Request [D.E. 56], upon referral to me by the Honorable William J. Zloch. *See* D.E. 76. In his Motion, Defendant seeks to obtain compliance by the Dismas House with a subpoena seeking certain records regarding Kelvin Gibson, an alleged accomplice to Defendant Johnson in the robbery with which Defendant Johnson is charged. According to Defendant's Motion, the records that Defendant seeks "are necessary for the continued investigation of Mr. Gibson and his credibility as a witness. The records . . . are directly related to prior statements made by Mr. Gibson to law enforcement and would be relevant to the credibility of Mr. Gibson and necessary for cross-examination." D.E. 56 at 2. Defendant expressly states that he is not seeking any "protected medical information, simply business records kept by Dismas." *Id.* The Dismas House has declined to respond to the subpoena in the absence of consent from Mr. Gibson or a court order. The Government does not oppose Defendant's Motion.

For the reasons set forth by Defendant in his Motion and in view of the lack of objection by

the Government, the Court **GRANTS** Defendant's Motion for Compliance with Subpoena Request [D.E. 56] to the extent that Defendant has sought compliance with the subpoena. The Dismas House is hereby **ORDERED** to comply immediately with the subpoena served upon it by Defendant except that the Dismas House need not produce any medical records of Mr. Gibson.

    **DONE AND ORDERED** this 4th day of May 2011.

                                              ROBIN S. ROSENBAUM
                                              UNITED STATES MAGISTRATE JUDGE

cc:    Hon. William J. Zloch
        Counsel of Record